IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PRIME PROPERTY & CASUALTY INSURANCE INC, § § § § § *Plaintiff*, § § v. § § CRITICAL LLC, TAVION LADONTE § MENARD, ERIC LLOYD HENDERSON, § MARK IDROGO, JR., BRANDON SCOTT § GREENE, RICHARD ALLEN WINGARD, § RUTH BAKER, § § § *Defendants*. § | | NO. 1:23-CV-00219-MJT<br><br>JUDGE MICHAEL TRUNCALE |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

On October 16, 2025, the Court referred Prime Property & Casualty Insurance Inc.'s ("Prime") *Motion for Default Judgment* [Dkt. 58] to the Honorable Zack Hawthorn, United States Magistrate Judge. [Dkt. 59]. On December 9, 2025, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 60], which recommended denying Prime's *Motion for Default Judgment* [Dkt. 58] for failure to sufficiently serve process.

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(l)(c); FED. R. CIV. P. 72(b)(2)–(3). Prime did not file any objections to Judge Hawthorn's report. Nonetheless, the Court has reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 60], and it holds that Judge Hawthorn's findings and conclusions of law are correct.

It is, therefore, ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 60] is ADOPTED.  Accordingly, Prime's *Motion for Default Judgment* [Dkt. 58] is DENIED.

**SIGNED this 2nd day of January, 2026.**

_____
Michael J. Truncale
United States District Judge